No opinion. Judgment and order unanimously affirmed, with costs.

———

IVESON, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Edgar A. Iveson, an infant, by Henry T. Iveson, his guardian ad litem, against the United Traction Company. No opinion. Motion denied. See, also, 143 N. Y. Supp. 1077.

———

JANDREW, Appellant, v. EDER, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Alexander Jandrew against Lizzie Eder. L. Fassler, of New York City, for appellant. V. H. Smith, of New York City, for respondent. No opinion. Orders affirmed, with costs. Order filed.

———

JOHN MULSTEIN CO., Respondent, v. BANZHAF, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by the John Mulstein Company against Albert H. T. Banzhaf, impleaded with others. F. W. Murphy, of New York City, for appellant. W. Godnick, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

———

JOHNSON, Appellant, v. ISAACS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Charles F. H. Johnson against Lewis M. Isaacs and others. J. V. Judge, of New York City, for appellant. L. G. Rosenblatt, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 640, 133 N. Y. Supp. 996.

———

JOHNT, Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by Catherine C. Johnt against Sarah C. Stone.
PER CURIAM. Order reversed, without costs, except disbursements, and motion to dismiss the complaint granted. Held, that the delay in the prosecution of the action was unreasonable, and in view of the reversal of the judgment and the death of the defendant's husband, with whom all of the business out of which the matters in controversy arose was transacted, the order denying the motion should be reversed and the complaint dismissed, but without costs, except disbursements, as a full bill of costs is awarded upon the reversal of the judgment. See, also, 144 N. Y. Supp. 1122.

———

JOHNT, Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by Catherine C. Johnt against Sarah C. Stone.
PER CURIAM. Judgment and order reversed, with costs. Held, that a verdict should not have been directed for the plaintiff; that, at best, the case made by the plaintiff was for the jury. A new trial should not be granted, for the reason that the order denying defendant's motion to dismiss the complaint for unreasonable delay in prosecuting the action should be reversed, and the complaint dismissed. See, also, 144 N. Y. Supp. 1122.

———

In re JOSCELYN STABLE CO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of the Joscelyn Stable Company. No opinion. Motion denied, with $10 costs. Order filed.

———

KATZ v. KATZ et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Amelia Katz against Sigmund Katz and others. No opinion. Judgment (80 Misc. Rep. 170, 140 N. Y. Supp. 971) affirmed, with costs.

———

KATZ, Appellant, v. MATTHEWS, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Bernard Katz against Edward R. Matthews. W. G. Stanton, of New York City, for appellant. W. E. Sims, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.
LAUGHLIN, J., dissents.

———

KATZ, Respondent, v. MATUS, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by William P. Katz against Michael Matus. No opinion. Judgment and order affirmed, with costs.

———

KAUFMAN, Respondent, v. KNICKERBOCKER ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Jacob Kaufman, an infant, against the Knickerbocker Ice Company. F. M. Thompson, of New York City, for appellant. E. A. Scott, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

KEEGAN, Respondent, v. LORD ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by John H. Keegan, as administrator, etc., of John H. Keegan, Jr., deceased, against the Lord Electric Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 157 App. Div. 927, 142 N. Y. Supp. 1125.

———

KEELER'S VANS, Inc., v. PAPA et al. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by the